## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JANE QUINN, individually and on behalf of the ESTATE OF DAVID QUINN,** | |
| **THOMAS MUIRHEAD,** | |
| **SANDRA QUINN,** | |
| **CAMERON QUINN,** | |
| **SOPHIA QUINN,** | |
| **D.P.Q., by and through his next friend, JANE QUINN,** | **Civil Action No. 1:25-cv-3072** |
| **MARY BROWN, individually and on behalf of the ESTATE OF STEPHEN BROWN,** | |
| **NICHOLAS BROWN,** | |
| **HALEY BROWN, and** | |
| **GRAHAM BROWN, individually and on behalf of the ESTATE OF WILLIAM BROWN,** | |
| Plaintiffs, | |
| v. | |
| **THE ISLAMIC REPUBLIC OF IRAN,** | |
| Defendant. | |

## COMPLAINT

## TABLE OF CONTENTS

Page

INTRODUCTION ............................................................................................................. 1

JURISDICTION AND VENUE ....................................................................................... 1

THE DEFENDANT .......................................................................................................... 2

STATEMENT OF FACTS ............................................................................................... 3

I.   THE TALIBAN IS PART OF AN INSURGENT TERRORIST SYNDICATE THAT
     AIMS TO KILL AMERICANS AND THEIR ALLIES IN AFGHANISTAN ................... 3

     A. Background: The Soviet-Afghan War ............................................................. 3
     B. The Formation of al-Qaeda ............................................................................. 7
     C. The Taliban and the War in Afghanistan ...................................................... 11

II.  IRAN PROVIDED MATERIAL SUPPORT TO AL-QAEDA AND THE TALIBAN FOR
     THE PURPOSE OF ATTACKING COALITION FORCES ........................................... 17

     A. Iran Supplied the Taliban with Weapons, Lethal Substances, and Explosives ............. 27
     B. Iran Provided The Taliban With Lodging, Training, Expert Advice or Assistance,
        Safehouses, Personnel, and Transportation .................................................. 32
     C. Iran Provided Financial Support to the Taliban ............................................ 35
     D. Iran Provided Material Support to al-Qaeda. ............................................... 37

III. THE TALIBAN, HQN, AND KABUL ATTACK NETWORK KILLED PLAINTIFFS IN
     AN SVBIED ATTACK ON OCTOBER 29, 2011 IN KABUL CITY ............................ 41

PLAINTIFFS ................................................................................................................... 42

     The David Quinn Family ................................................................................... 42
     The Stephen Brown Family ............................................................................... 43

CLAIMS FOR RELIEF ................................................................................................. 45

     COUNT ONE: DAMAGES UNDER 28 U.S.C. § 1605A ....................................... 45

     COUNT TWO: WRONGFUL DEATH ................................................................. 47

     COUNT THREE: LOSS OF SOLATIUM AND INTENTIONAL INFLICTION OF
        EMOTIONAL DISTRESS ............................................................................... 48

     COUNT FOUR: SURVIVAL............................................................................... 50

i

## INTRODUCTION

1.      For decades, the Islamic Republic of Iran ("Iran," "Defendant") has sponsored and provided material support to terrorist organizations such as the Taliban and al-Qaeda in order to advance their own foreign policy goals and undermine those of the United States of America. These organizations, with Iran's sponsorship and endorsement, carried out numerous terrorist attacks in the Islamic Republic of Afghanistan ("Afghanistan") between 2006 and 2020, including the October 29, 2011 bombing which injured Plaintiffs in this case (the "Terrorist Attacks," or "Attacks").

2.      Plaintiffs in this case include U.S. nationals, members of the U.S. armed forces, and non-U.S. nationals who were "employee[s] of the government of the United States" or "individual[s] performing a contract awarded by the United States Government acting within the scope of the employee's employment" at the time of this Attack, as well as their immediate family members.

3.      Plaintiffs, through undersigned counsel, respectfully file this lawsuit for damages under the Foreign Sovereign Immunities Act, 28 U.S.C. § 1605A and related statutes.

## JURISDICTION AND VENUE

4.      Jurisdiction in this Court arises pursuant to 28 U.S.C. §§ 1330-1332, 1367, and 1605A, as well as 18 U.S.C. §§ 2333 and 2334.

5.      Personal jurisdiction over the Defendant will be established once the Defendant is properly served pursuant to 28 U.S.C. § 1608.

6.      Venue is proper in this Court pursuant to 28 U.S.C. § 1391(f)(4).

7.      28 U.S.C. § 1605A(c) provides a federal private right of action against a foreign state designated as a State Sponsor of Terrorism for personal injury or death caused by an act of

torture, extrajudicial killing, aircraft sabotage, hostage taking, or the provision of material support and resources for such acts. The foreign state is liable for the acts of its officials, employees, and agents.

## THE DEFENDANT

8.     Defendant the Islamic Republic of Iran ("Iran") is a foreign state within the meaning of 28 U.S.C. §1391(f) and 1603(a). Iran has been designated as a foreign state that sponsors terrorism within the meaning of 28 U.S.C. §1605A and the Export Administrations Act of 1979, 50 U.S.C. § 4605(j), and the Foreign Assistance Act of 1961, 22 U.S.C. §2371, since January 19, 1984, and is still so designated today.[1]

9.     Through its officials, employees, and agents acting within the scope of their relationship to Iran, Iran has provided material support and resources for the commission of acts of terrorism within the meaning of 28 U.S.C. § 1605A. In 2007, the U.S. State Department described Iran as "the most active state sponsor of terrorism" in the world and "a threat to regional stability and U.S. interests in the Middle East because of its continued support for violent groups."[2]

10.     Iran's agents include the terrorist organization Hezbollah, the Islamic Revolutionary Guard Corps ("IRGC"), and the IRGC's Qods Force ("IRGC-QF"), among others. Many of Iran's agents are designated Foreign Terrorist Organizations ("FTOs") under section 219 of the Immigration and Nationality Act, Specially Designated Global Terrorists ("SDGTs") under 31 C.F.R. § 594.31 or both. As a designated State Sponsor of Terrorism which routinely

---

[1]     Press Release, U.S. State Dep't, *Fact Sheet: Designation of the Islamic Revolutionary Guard Corps.*, (April 8, 2019).
[2]     U.S. State Dep't, *Country Reports on Terrorism 2007* at 172 (Apr. 2008).

employs FTOs as instruments of its agenda, Iran is liable to Plaintiffs for the injuries it caused by supporting terrorist attacks in Afghanistan.

## STATEMENT OF FACTS

11.    In order to injure Americans and their allies abroad, and in order to advance Iran's foreign policy objectives, Defendant provided material support in the form of funds, training, and access to various terrorist organizations who engaged in violent attacks against Americans and American facilities in Afghanistan.

12.    The Taliban, the Haqqani Network, and the Kabul Attack Network, who were the direct perpetrators in the Attack which injured Plaintiffs, were among those organizations.

13.    Iran directed, planned, authorized, and provided material support and resources to al-Qaeda and the Taliban for the purpose of carrying out terrorist attacks including the Attack which injured Plaintiffs. Therefore, Iran's actions proximately and directly caused the injuries to Plaintiffs.

## I.    THE TALIBAN IS PART OF AN INSURGENT TERRORIST SYNDICATE THAT AIMS TO KILL AMERICANS AND THEIR ALLIES IN AFGHANISTAN

### A.    Background: The Soviet-Afghan War

14.    The histories of al-Qaeda and the Taliban are inextricably linked to the history of Afghanistan and predecessor militias in Afghanistan. Of primary significance are the terrorist organization the Haqqani Network ("HQN") and its founder Jalaluddin Haqqani ("Jalaluddin").

15.    The HQN was formed in 1973. The HQN is an Afghan and Pakistani insurgent group whose senior leadership structure is hierarchical and mostly familial in nature.  Major familial leaders include the founder Jalaluddin Haqqani and his brother Khalil Haqqani, as well as Jalaluddin's sons Badruddin, Nasiruddin and Sirajuddin.

16.    Jalaluddin was born in 1939 in the village of Karezgay in the Zadran District of Paktia Province, Afghanistan. He was an ethnic Pashtun from the Zadran tribe of Khost. Jalaluddin attended the prestigious Islamic seminary (called a 'madrassa') Darul Uloom Haqqania at Akora Khattak, in Pakistan from 1964-1973, attaining certification as a Mawlawi (Islamic scholar).  The Haqqania is a Deobandi madrassa which combined religious studies with urging students ("talibs") to conduct violent jihad against perceived enemies of Islam. The majority of the leadership of the Taliban and of the HQN are graduates of this institution.

17.    Jalaluddin adopted the radical religious teachings and curriculum of Haqqania, which combined encouragement of violent jihad with extremist, anti-colonial Deobandi religious teachings in establishing over 80 madrassas in the Pakistani tribal areas in the 1970s-1980s. These madrassas were intended to serve as, and in fact became, mass recruiting stations of mujahideen ("holy warriors") to conduct jihad under the leadership of the HQN, al-Qaeda, and later the Taliban.

18.    Immediately following the July 17, 1973, coup led by the Prime Minister General Sardar Mohammed Daoud Khan, Jalaluddin declared a violent jihad, with the goal of ridding Afghanistan of the "progressive" (secular) influences under the new autocratic regime and restoring traditional Islamic law and culture. Unlike other Afghan jihadi groups at the time, the Haqqanis built a network of tribal support, because they were the only group based upon Islam and jihadi Islamic teaching instead of based upon trial association. This was the initial formation of the HQN.

19.    HQN's identity and endurance are intimately tied to the geographically central terrain from which it emerged and in which it has always been based. Since the mid-1970s the HQN has increasingly wielded a tremendous amount of operational and diplomatic influence

over the Southeastern Afghan provinces of Khost, Paktia and Paktika (together known as Loya Paktia) and Pakistan's North Waziristan. This mountainous region, which straddles the Durand Line, has long been a center for political resistance against Afghan regimes. Since the early 1980s HQN has also had a presence in, and operational ties to, Kabul, Ghazni, Logar and Wardak.

20.    After the 1979 Soviet invasion of Afghanistan which initiated the Soviet-Afghan War, Jalaluddin emerged as a prominent commander in the mujahideen resistance movement opposed to the Afghanistan government and Soviet forces. The HQN received a steady supply of weapons provided by the CIA, China and Saudi Arabia and delivered by the Pakistani military intelligence agency Inter-Services Intelligence ("ISI").

21.    During the insurgency against Soviet forces and the Afghan communist government, HQN was the only Afghan jihadi group to actively recruit and welcome into their rank foreign fighter volunteers. This innovation transformed the nature of the jihad in Afghanistan, linking it to broader struggles and giving birth to what would become known as the global jihad.

22.    In 1980, Jalaluddin called for Muslims worldwide to come to Afghanistan and join the jihad. Many of those who heeded Jamaluddin's call would later play leading roles in al-Qaeda and the Taliban.

23.    As a result of HQN's strategic decision regarding foreign fighters, Osama bin Laden ("bin Laden"), a Saudi, and his supporters went on to establish al-Qaeda and build training facilities and command infrastructure in territory controlled by HQN.

24.    In 1984, Palestinian Islamic scholar Abdallah Yusuf Azzam ("Azzam"), together with bin Laden, Wa'el Hamza Julaidan, and al-Zawahiri, formed Maktab Khadamāt al-

Mujāhidīn al-'Arab; the "Afghan Services Bureau," (hereinafter "MAK") in Peshwar, Pakistan, to raise funds and recruit foreign mujahideen to support the jihad against the Soviets in Afghanistan.

25.    ISI provided funding, training, weapons and safe harbor for HQN and in exchange, HQN supplied mujahideen for ISI led terrorist attacks across the disputed border with India in the Kashmir providence.

26.    Documents taken from HQN compounds in early 2002 provide evidence that the network historically relied on the ISI for cash, weapons, training and virtually all supplies during the early 1990s. Former Joint Chiefs of Staff Chairman Admiral Mike Mullen testified before the U.S. Senate that the HQN acts as a "veritable arm" of the ISI.[3]

27.    According to a report published by the Combatting Terrorism Center at West Point, "the threat to U.S. national interests that emerged most fully on 9/11 stemmed from both Al-Qaeda and the Haqqani Network." [4]

28.    On September 19, 2012, United States designated HQN as a Foreign Terrorist Organization consistent with section 219 of the Immigration and Nationality Act.  It is still so designated.[5]

29.    Throughout its history, the HQN has operated on and influenced militancy on the local, regional and global levels, the most underappreciated dimension of which is the global

---

[3]    Vahid Brown and Don Rassler, *Fountainhead of Jihad – The Haqqani Nexus* 1, (2013) quoting Hearing before the Senate Armed Services Committee, September 2011.
[4]    The Haqanni Network and the Evolution of Al-Qaeda, Report of the Combatting Terrorism Center at West Point, Don Rassler and Vahid Brown. https://ctc.westpoint.edu/wp-content/uploads/2011/07/CTC-Haqqani-Report_Rassler-Brown-Final_Web.pdf
[5]    U.S. State Dep't, *Foreign Terrorist Organizations*, (accessed April 16, 2025) https://www.state.gov/foreign-terrorist-organizations/ ("List of Designated Foreign Terrorist Organizations").

character of the HQN and the central role it has played in the evolution of al-Qaeda, the Taliban, and the global jihadi movement. The HQN has been more important to the development and sustainment of al-Qaeda and the global jihad than any other single actor or group.

### B. The Formation of al-Qaeda

30.     Azzam wanted MAK to continue to focus on obtaining funding to support the Afghani jihad, building medical facilities in Pakistan, near the border, to treat mujahidin injured in the fighting, and recruit Arab Muslims to come to Peshawar for religious training and indoctrination into jihadi Islam. bin Laden wanted to recruit foreigners, especially Arabs, to actively participate in armed conflict, whereas Azzam wanted to concentrate on providing funding and supplies for the jihad and spreading his fatwa across the Muslim world to create a pure Islamic state, one of the pillars would be militant jihad.

31.     In October 1986, bin Laden (with support from the bin Laden Construction company in Saudi Arabia) built a fortified training area on the front line against the Soviets, near the village of Jaji in Northern Paktia (in territory controlled and protected by HQN). He named the camp Ma'sadat al-Ansar (the Lion's Den of Supporters) (also called "al-Masada"), though it quickly became known as "al-qaeda al-akkariyya" (the military base), from which the name of bin Laden's organization "al-Qaeda" (literally, "the base") derived from.

32.     Recruits arriving in Pakistan would first be sent for training at HQN training camps for indoctrination, basic training, and vetting. Vetted recruits would be sent to bin Laden's camp, where they received advanced training before setting out to fight the Soviets as part of a completely autonomous group. In April 1987, the al-Masada fighters achieved fame and glory throughout Afghanistan and the Arab world thanks to what came to be known as the Jaji battle, during which the fighters in this compound managed to hold out against Soviet forces for three weeks before repelling the attack.

33.    The Islamist militant organization al-Qaeda was formed in Pakistan in 1988 by veterans of the Soviet-Afghan war, including bin Laden and Ayman al-Zawahiri ("al-Zawahiri") among others.

34.    On April 14, 1988, the Geneva Accords were signed, ending the Soviet-Afghan War; but the HQN persisted, along with the struggle between the mujahideen and the existing Afghan government, then the Republic of Afghanistan. This conflict became known as the Afghan Civil War.

35.    From 1989 until about 1991, al-Qaeda was headquartered in Afghanistan and in Peshawar, Pakistan. In or about 1991, the leadership of al-Qaeda, including bin Laden, relocated to Sudan. Al-Qaeda was headquartered in Sudan from approximately 1991 until approximately 1996. In 1996, Bin Laden and other members of al-Qaeda relocated to Afghanistan under the protection of the Taliban and the HQN.

36.    Bin Laden and al-Qaeda violently opposed the United States for several reasons. First, the United States was regarded as an "infidel" because it was not governed in a manner consistent with the group's extremist interpretation of Islam. Second, the United States was viewed as providing essential support for other "infidel" governments and institutions, particularly the governments of Saudi Arabia and Egypt, the nation of Israel, and the United Nations organization, which were regarded as enemies of the group. Third, al-Qaeda opposed the involvement of the United States armed forces in the Gulf War in 1991 and in Operation Restore Hope in Somalia in 1992 and 1993. In particular, al-Qaeda opposed the continued presence of American military forces in Saudi Arabia (and elsewhere on the Saudi Arabian Peninsula) following the Gulf War. Fourth, al-Qaeda opposed the United States Government because of the arrest, conviction and imprisonment of persons belonging to al-Qaeda or its affiliated terrorist

groups or those with whom it worked. For these and other reasons, bin Laden declared "jihad," or holy war, against the United States, which he had carried out through al-Qaeda and its affiliated organizations.

37.    al-Qaeda functioned both on its own and through some of the terrorist organizations that operated under its umbrella, including: Egyptian Islamic Jihad, which was led by al- Zawahiri, and at times, the Islamic Group (also known as "el Gamaa Islamia" or simply "Gamaa't"), and a number of Salafi-jihadi groups in other countries, including the Sudan, Egypt, Saudi Arabia, Yemen, Somalia, Eritrea, Djibouti, Afghanistan, Pakistan, Bosnia, Croatia, Albania, Algeria, Tunisia, Lebanon, the Philippines, Tajikistan, Azerbaijan, and the Kashmiri region of India and the Chechnyan region of Russia. al-Qaeda also maintained cells and personnel in a number of countries to facilitate its activities, including in Kenya, Tanzania, the United Kingdom, Germany, Canada, Malaysia, and the United States.

38.    Bin Laden and al-Qaeda also forged alliances with administrators of Iran and its associated terrorist group, Hezbollah, for the purpose of waging jihad together against their perceived common enemy in the West, the United States.

39.    Since at least 1989, bin Laden and the terrorist group al-Qaeda sponsored, operated, managed, and/or financed training camps in Afghanistan. Those camps were used to instruct members and associates of a-Qaeda and its affiliated terrorist groups in the use of firearms, explosives, chemical weapons, and other weapons of mass destruction. In addition to providing training in the use of various weapons, these camps were used to conduct operational planning against United States targets around the world and experiments in the use of chemical and biological weapons. These camps were also used to train others in security, surveillance and intelligence operations and counterintelligence methods, such as the use of codes and passwords,

9

and to teach members and associates of al-Qaeda about traveling to perform operations. For example, al-Qaeda instructed its members and associates to dress in "Western" attire and to use other methods to avoid detection by security officials. The group also taught its members and associates to monitor media reports of its operations to determine the effectiveness of their terrorist activities.

40.     Since approximately 1992, bin Laden and al-Qaeda maintained relationships with Iran (including the Ministry of Intelligence of the Islamic Republic of Iran ("MOIS") and the Islamic Revolutionary Guard Corps ("IRGC") and Hezbollah. Iran provided training, financing and weapons to al-Qaeda.

41.     From its creation until 1996, al-Qaeda's operations in Pakistan and Afghanistan were under the protection and support of the HQN through bin Laden's relationships with HQN. Starting in or about 1996, bin Laden and others operated al-Qaeda from their headquarters in Afghanistan, under the protection of the Taliban, and trained foreigners who supported the Taliban's fight to control Afghanistan.

42.     One of the principal goals of al-Qaeda was to drive the United States armed forces out of Saudi Arabia, the Middle East and Somalia by violence. These goals eventually evolved into a declaration of jihad against America and all Americans. Members of al-Qaeda issued "fatwahs" (rulings on Islamic law) indicating that such attacks on Americans were both proper and necessary.

43.     At various times from on or about 1992, bin Laden, working together with members of the fatwah committee of al-Qaeda, disseminated fatwahs to other members and associates of al-Qaeda. These fatwahs directed that United States citizens should be attacked and murdered. On various occasions, bin Laden and other co-conspirators advised members of al-

Qaeda that it was proper to engage in violent actions against "infidels" (nonbelievers), even if others might be killed by such actions, because if the others were "innocent," they would go to paradise, and if they were not "innocent," they deserved to die.

44.     In furtherance of these fatwahs and the objective of removing the United States military from the Middle East, al-Qaeda trained the Taliban's soldiers to fight against the United States.  By March 1997, bin Laden had met with Mullah Omar personally and offered to lend his fighters to the Taliban in their battles with northern factions that were still resisting Taliban rule. As bin Laden's deputy, Abu Hafs al-Masri, wrote at the time, "The [Taliban] movement is a capable Islamic entity and it is possible that it can be a turning point for the betterment of the Islamic world. The movement needs a vision and it needs support. It needs someone who will give it a military strategy. And it needs to build a military force which is suitable for the situation in Afghanistan."[6]

### C. The Taliban and the War in Afghanistan

45.     After the fall of the Republic of Afghanistan in 1992, several of the mujahideen parties that had been opposed to the Republic entered into negotiations to form a national coalition government. However, the civil war quickly resumed as rival groups sought to seize Kabul, the capital city of Afghanistan. While several of the groups proclaimed a new government – the Islamic State of Afghanistan ("ISA") – on April 26, 1992 with the Peshawar Accords, this government never gained significant traction due to continuous fighting between mujahideen.

46.     The Taliban emerged in 1994 in Afghanistan as a faction in the Afghan Civil War. It is an Islamic fundamentalist organization and Pashtun nationalist political movement and was originally led by Mullah Mohammed Omar.

---

[6]    Anne Stenersen, Al-Qaida in Afghanistan at 67-68 (Cambridge Univ. Press, 2017)

47.    In 1995, Jalaluddin Haqqani, founder of the HQN, pledged its allegiance to the Taliban, and the HQN is generally considered a "semi-autonomous" wing or subgroup of the Taliban to this day.

48.    At all times relevant to this action, the HQN was part of the Taliban.

49.    Since at latest shortly after its inception, the Taliban received funding from bin-Laden and other Saudi and Gulf individuals, and the Taliban's government was acknowledged by Pakistan, Saudi Arabia, and the United Arab Emirates.

50.    After pushing mujahideen warlords out of southern Afghanistan and seizing control of Kabul, the Taliban established their government in 1996, under the name the Islamic Emirate of Afghanistan. They never fully controlled Afghanistan and were opposed by ISA loyalists under the name of the Northern Alliance which controlled the northern territory of the country up until the October 2001 invasion of the country by the United States.

51.    All the while, bin Laden and al-Qaeda were training foreign soldiers to support the Taliban's war against the Northern Alliance and to commit acts of terrorism abroad. With the support and protection of the Taliban and the HQN, al-Qaeda went on to engage in acts of international terrorism from their base in Afghanistan, including:

(a)    Suicide bombing of the Khobar Towers residential complex in Saudi Arabia on June 25, 1996;

(b)    Suicide bombings of the United States embassies in Nairobi and Dar es Salaam, on August 7, 1998;

(c)    Suicide bombing of the U.S.S. Cole, on October 12, 2000; and the

(d)    Suicide bombings of the World Trade Center, the Pentagon, and flight 93 on September 11, 2001.

52.    On October 8, 1999, the United States designated al-Qaeda as a Foreign Terrorist Organization consistent with section 219 of the Immigration and Nationality Act.[7] It is still so designated.

53.    After the al-Qaeda's attacks on September 11, 2001, the U.S. government demanded that the Taliban extradite bin Laden to the United States and also expel al-Qaeda militants from Afghanistan. These demands were refused, and on October 7, 2001, the United States and the Coalition invaded the country, beginning the War in Afghanistan.

54.    al-Qaeda was designated by the U.N. on 6 October 2001 pursuant to the provisions of U.N. Security Council Resolution 1267 (1999) and Resolution 1333 (2000) for "participating in the financing, planning, facilitating, preparing or perpetrating of acts or activities by, in conjunction with, under the name of, on behalf or in support of", "supplying, selling or transferring arms and related materiel to" or "otherwise supporting acts or activities of" bin Laden and the Taliban.

55.    The Taliban was designated a Terrorist Group under Executive Order 13224 on July 2, 2002, and is still so designated.[8]

56.    After the Taliban's government of Afghanistan was ejected by the American-led coalition the Taliban leadership, including Mullah Omar, fled to Pakistan.

57.    Afghanistan ratified a new constitution in December 2003, and the Taliban was not permitted to participate in the formation of the resultant government. In response, the Taliban

---

[7]    List of Designated Foreign Terrorist Organizations.
[8]    Executive Order 13224, U.S. Department of State (accessed April 16, 2025)
       https://www.state.gov/executive-order-13224/#current

proceeded to organize a "shadow" government, seeking to exercise control over the Afghan people.

58.     The Taliban's primary goals in this period were to expel Coalition forces from the country and undermine the new government of Afghanistan. These objectives manifested in increasingly prevalent terrorist attacks, including suicide bombings and bombings by remote detonation.

59.     Al-Qaeda's and the Taliban's close relationship continued long after 9/11. In the years since, it has become clear that the al-Qaeda and Taliban organizations have been fused together: al-Qaeda terrorists have often worked in close conjunction with Taliban terrorists and the affiliated Haqqani Network. In May 2007, Taliban official Mullah Dadullah said, "[W]e and al-Qaeda are as one."[9] In early 2009, a military-intelligence official was quoted as saying, "The line between the Taliban and al Qaeda is increasingly blurred, especially from a command and control perspective."[10] As Lieutenant General Ronald L. Burgess, Jr. reported in a February 2010 Hearing of the Senate Select Committee on Intelligence, "al Qaeda's propaganda, attack planning and support of the Taliban and Haqqani networks continues."[11]

60.     The Taliban and al-Qaeda have remained intimately intertwined. For example, in 2015, Osama bin Laden's successor, Ayman Zawahiri, pledged an oath of allegiance to the recently-installed Taliban leader Mullah Akhtar Mohammad Mansour, who publicly announced

---

[9]     Thomas Ruttig, *The Other Side* at 23, Afghanistan Analysts Network (July 2009).
[10]    Bill Roggio, *Al Qaeda Builds A 'Shadow Army'*, Wash. Times (Feb. 13, 2009).
[11]    Transcript, Hr'g Of The Senate Select Committee On Intelligence Subject: "Current And Projected Threats To The United States", Fed. News Serv., 2010 WLNR 27828348 (Feb. 2, 2010).

his acceptance of the pledge the following day.[12] When Mansour was killed in May 2016, Zawahiri pledged allegiance to his successor, Mawlawi Haibatullah Akhundzada.

61.    Often, individual Taliban leaders are also members of al-Qaeda. For example, in late 2011 or early 2012 the Taliban appointed Sheikh Mohammed Aminullah, who has close ties to al-Qaeda, as the head of its Peshawar Regional Military Shura, which is responsible for attacks in northern and eastern Afghanistan.

62.    Al-Qaeda also encouraged the Taliban to embrace new terrorist techniques. In February 2003, bin Laden issued a recording calling specifically for suicide attacks in Afghanistan and Iraq. Taliban terrorists had previously viewed suicide attacks as taboo, but al-Qaeda convinced them they were religiously permissible. Indeed, al-Qaeda trumpeted their ideological success online, announcing, "While suicide attacks were not accepted in the Afghani culture in the past, they have now become a regular phenomenon!"[13] With al-Qaeda's encouragement and training, the number of such suicide attacks in Afghanistan increased from one in 2002, two in 2003, and six in 2004 to 21 in 2005 and more than 100 in 2006. Al-Qaeda further encouraged these attacks by paying the families of suicide bombers in Afghanistan.

63.    Al-Qaeda's role in that suicide-bombing trend was pivotal. As Islamic history scholar Bryan Glyn Williams explained, "Al Qaeda operatives carried out two to three [suicide]

64.    bombings per year on the Afghan government and NATO troops from 2002 to 2004 that were meant to demonstrate the effectiveness of this alien tactic to the local Taliban.

_____

[12]  Thomas Joscelyn & Bill Roggio, *New Taliban Emir Accepts al Qaeda's Oath Of Allegiance*, Long War J. (Aug. 14, 2015).
[13]  Brian Glyn Williams, *Suicide Bombings In Afghanistan*, Jane's Islamic Affairs Analyst at 5 (Sept. 2007).

These demonstrative acts and videos of successful [Al Qaeda] suicide bombings in Iraq seem to have convinced the Taliban to condone the previously taboo tactic of suicide bombing."[14]

65.     Al-Qaeda operatives also served as embedded trainers with Taliban forces. These experienced trainers provided instructions, funding, and resources for conducting local and international attacks. By 2005 at the latest, al-Qaeda began bringing instructors from Iraq to train the Taliban how to fight Americans. For example, al-Qaeda members trained Taliban commanders in bomb-making techniques. Al-Qaeda also invited Taliban commanders to Iraq, where they learned how to make armor-penetrating "shaped" charges,[15] a type of IED later known as an EFP. Taliban trainees also learned how to use remote controls and timers, and urban warfare tactics.

66.     As one writer put it in November 2009, "Small numbers of Al Qaeda instructors embedded with much larger Taliban units have functioned something like U.S. Special Forces do – as trainers and force multipliers."[16]

67.     In addition to Al Qaeda and the HQN, the Taliban and the terror syndicate included several semi-autonomous militant organizations, such as the Kabul Attack Network.

68.     The Kabul Attack Network operated in and around Kabul, where American and coalition forces had a significant presence for much of the War in Afghanistan.

69.     Suicide bombings, particularly vehicle-borne suicide bombings, were a common method of attack employed by the Kabul Attack Network.

---

[14]   Bryan Glyn Williams, *Afghanistan Declassified: A Guide to America's Longest War* at 202 (Univ. Penn. Press 2012).
[15]   Sami Yousafzai, *Unholy Allies*, Newsweek (Sept. 25, 2005).
[16]   Peter Bergen, *The Front*, The New Republic (Oct. 19, 2009).

70.     Over the following several years, the Taliban's presence in Afghanistan continued to grow, and was the primary terrorist organization across the country.

71.     By 2018, the Taliban was active in 70% of Afghanistan.

## II.    IRAN PROVIDED MATERIAL SUPPORT TO AL-QAEDA AND THE TALIBAN FOR THE PURPOSE OF ATTACKING COALITION FORCES

72.     For decades Iran has made the funding of terrorist organizations (including the Special Groups and other terrorists that perpetrated the Terrorist Attacks) and the commodification of international acts of terrorism its business.

73.     Iran has a history of financing, supporting and training terrorists and their affiliates in the perpetration of terrorist attacks against the United States, its citizens and its allies. For example, Hon. Judge John D. Bates found in a lawsuit brought by U.S. victims of the bombing of the U.S. embassies in Nairobi and Dar es Salaam that, "[s]upport from Iran and Hezbollah was critical to al-Qaeda's execution of the 1998 embassy bombings…Prior to its meetings with Iranian officials and agents, al-Qaeda did not possess the technical expertise required to carry out the embassy bombings."[17]

74.     Similarly, Iran has been lavish with its support to all groups (including Sunni groups with ties to al-Qaeda) engaged in acts of international terrorism against Coalition Forces, U.S. nationals, U.S. employees, and employees to contractors fulfilling contracts with the U.S.

75.     Iran prefers not to be directly implicated in acts of international terrorism against U.S. nationals but instead acts through co-conspirators and/or agents and offers bounties for killing U.S. nationals, shooting down U.S. helicopters, and destroying American tanks.

---

[17] *Wamai v. Republic of Sudan et. al.*, No. 1:08-cv-01349-JDB-JMF (D. D.C. Nov. 30, 2011), Memorandum Opinion at 13–14, ECF No. 55.

76.     Iran primarily supports terrorism through the IRGC, a governmental entity of Iran. It is a quasi-military institution separate from the regular Iranian military. Despite that separation, it is organized like a traditional military and includes an army, navy, air force, militia, and special forces.[18]

77.     The IRGC "has a relatively strict command-and-control protocol and answers directly to the Supreme Leader, Ayatollah Ali Khamenei. It is unlikely that [the IRGC's] actions in Afghanistan would escape the scrutiny of the Guards' top echelon or even Khamenei's office, especially given the scale of Iranian support to the Taliban. Thus, Iranian support for the Taliban is more likely state driven than being the result of purely rogue actions."[19]  As the U.S. Treasury Department noted in 2010 when it designated certain IRGC officials pursuant to Executive Order 13224, "Iran also uses the . . . IRGC . . . to implement its foreign policy goals, including, but not limited to, seemingly legitimate activities that provide cover for intelligence operations and support to terrorist and insurgent groups."[20]

78.     Members of the IRGC are officials, employees, or agents of Iran. In light of the IRGC's regular support for terrorist organizations and the strict command structure tying them to Iran's central leadership, members of the IRGC act within the scope of employment when they provide material support to terrorist organizations.

---

[18]  Press Release, U.S. Treasury Dep't, *Fact Sheet: Designation of Iranian Entities and Individuals for Proliferation Activities and Support for Terrorism* (Oct. 25, 2007) ("*DOT Designation of IRGC & QF*").

[19]  *See* Alireza Nader, Joya Laha, *Iran's Balancing Act in Afghanistan* at 10 (RAND Corp. 2011) ("Iran's Balancing Act") (internal citations omitted).

[20]  Press Release, U.S. Treasury Dep't, *Fact Sheet: U.S. Treasury Department Targets Iran's Support for Terrorism Treasury Announces New Sanctions Against Iran's Islamic Revolutionary Guard Corps-Qods Force Leadership* (Aug. 3, 2010) ("Treasury Sanctions IRGC & QF").

79.     On April 15, 2019, the U.S. State Department designated the IRGC as a FTO.[21]
According to the U.S. State Department's public statement explaining the designation, the IRGC
"has been directly involved in terrorist plotting; its support for terrorism is foundational and
institutional, and it has killed U.S. citizens."[22]

80.     The IRGC has a special foreign division called the Qods Force. The U.S. State
Department has observed that "Iran used the Islamic Revolutionary Guard Corps-Qods Force
(IRGC-QF) to implement foreign policy goals, provide cover for intelligence operations, and
create instability in the Middle East. The Qods Force is Iran's primary mechanism for cultivating
and supporting terrorists abroad."[23] The Qods Force is the driving force behind Iran's activities
in Afghanistan, as well as in Iraq and elsewhere in the region.

81.     The Qods Force provides weapons, funding, and training for terrorist operations
targeting American citizens, including by supporting terrorist organizations such as al-Qaeda, the
Taliban, and the Haqqani Network. Iran's Supreme Leader and central government are aware of
and encourage those acts.

82.     In October 2007, the U.S. Treasury Department designated the Qods Force as a
SDGT under Executive Order 13224 for providing material support to the Taliban and other
terrorist organizations, including Hezbollah and terrorist groups in Iraq.[24] The U.S. Treasury

---

[21]  *See* 84 Fed. Reg. 15278-01 (Apr. 15, 2019).
[22]  Press Release, U.S. State Dep't, *Fact Sheet: Designation of the Islamic Revolutionary Guard
      Corps* (Apr. 8, 2019).
[23]  U.S. State Dep't, Country Reports on Terrorism 2015 at 300 (June 2, 2016).
[24]  Press Release, U.S. Treasury Dep't, *Fact Sheet: Designation of Iranian Entities and
      Individuals for Proliferation Activities and Support for Terrorism* (Oct. 25, 2007)

Department also designated multiple Qods Force members as Specially Designated Nationals pursuant to Executive Order 13224, based on their activities in Afghanistan.[25]

83.    The U.S. State Department designated the Qods Force as a FTO in April 2019, along with the IRGC.[26]

84.    Iran has also used its agent, Hezbollah,[27] to commit terrorist attacks. Hezbollah is a Lebanon-based terrorist group which has been heavily influenced and supported by Iran and specifically Ayatollah Khomeini since its founding in 1982. In 1985 it officially aligned itself with the Iranian government and Khomeini's leadership, and has acted as an Iranian proxy since then. As Ali Akbar Mohtashemi (a Hezbollah founder, former Iranian ambassador to Syria and Lebanon, and former Iranian Minister of Interior) explained, "[Hezbollah] is part of the Iranian rulership; [Hezbollah] is a central component of the Iranian military and security establishment; the ties between Iran and [Hezbollah] are far greater than those between a revolutionary regime with a revolutionary party or organization outside its borders."[28]

85.    Since the United States-led overthrow of the Taliban-controlled government in Afghanistan in 2001, terrorists have repeatedly attacked American service members and civilians

---

[25]  *Id.*

[26]  *See* 84 Fed. Reg. 15278-01 (Apr. 15, 2019).

[27]  Several decisions in this District have held that Hezbollah is a proxy of Iran. *See Fritz v. Islamic Republic of Iran*, 320 F. Supp. 3d 48, 61 (D.D.C. 2018), *Friends of Mayanot Inst., Inc. v. Islamic Republic of Iran*, 313 F. Supp. 3d 50, 53-55 (D.D.C. 2018); *Peterson v. Islamic Republic of Iran*, 264 F. Supp. 2d 46, 53 (D.D.C. 2003); *Stern v. Islamic Republic of Iran*, 271 F. Supp. 2d 286, 292 (D.D.C. 2003).

[28]  Col. (ret.) Richard Kemp and Maj. (ret.) Charles Driver-Williams, *Killing Americans and Their Allies: Iran's Continuing War against the United States and the West*, Jerusalem Ctr. For Public Affairs (2015) ("*Killing Americans and Their Allies*"), http://jcpa.org/killing-americans-allies-irans-war/.

working to rebuild Afghanistan and support its elected government. Iran provided material support for those attacks, which injured Plaintiffs.

86.    While the Taliban were the immediate perpetrators in the attack which injured Plaintiffs, several terrorist groups, subgroups, and partnerships worked in concert and shared resources, personnel, and operational plans. Indeed, the Taliban and al-Qaeda often participated in mafia-style meetings, attended by the leaders of several allied terrorist groups in which they planned and authorized various terrorist attacks throughout Afghanistan.[29] Given such coordination, one former CIA official and senior White House advisor called the resulting terrorist superstructure a "syndicate," composed of al-Qaeda, the Taliban, and several allied FTOs.[30] In fact, bin Laden himself conceived of al-Qaeda as the leader of a broader coalition of terrorists drawing from other terrorist organizations in Pakistan and Afghanistan.[31]

87.    Iran's support for multiple components of this "syndicate" generally and for the Taliban specifically ensured that its support had maximum effect. Due to the mutually reinforcing ties between the Taliban and al-Qaeda in Afghanistan, support for the one benefited the other and vice versa. Iran recognized those interrelationships and so spread its support across multiple parts of the Afghan terror syndicate. In doing so, Iran was able to achieve its intended effect: wide-ranging terrorist attacks against Americans, executed mostly by the Taliban but supported by (and sometimes jointly committed with) al-Qaeda and the other components of the syndicate.

---

[29]  *See* Bill Roggio and Thomas Joscelyn, *The al Qaeda – Taliban Connection*, Wash. Exam'r (July 4, 2011) ("*The al Qaeda-Taliban Connection*"), archived at https://www.washingtonexaminer.com/weekly-standard/the-al-qaeda-taliban-connection.

[30]  Bruce Riedel, *Deadly Embrace: Pakistan, America, And The Future Of The Global Jihad* at 1 (Brookings Inst. Press 2d ed. 2011).

[31]  *The al Qaeda-Taliban Connection.*

88.     Following the 9/11 attacks on the United States, Iran met with senior Taliban officials to offer military aid to support the Taliban's fight against U.S.-led Coalition forces. Iran planned that meeting and hosted it on the Iranian side of the Afghanistan border. As part of this initial offer of support, Iran pledged to sell advanced military equipment to the Taliban for use against U.S. and allied forces, boasted of Iran's ability to track U.S. troop movements, and promised to allow terrorists entering Afghanistan to travel through Iranian territory. Iran also provided safe harbor to Taliban leaders who escaped U.S. forces.

89.     Immediately following the U.S. invasion of Afghanistan, Iran made a pretense of professing support for the U.S. and NATO mission, but in reality was already seeking to undermine it. In February 2002, then-CIA Director George J. Tenet testified before Congress that "initial signs of Tehran's cooperation and common cause with us in Afghanistan are being eclipsed by Iranian efforts to undermine US influence there. While Iran's officials express a shared interest in a stable government in Afghanistan, its security forces appear bent on countering the US presence."[32] As one scholar explained, Iran "feared the US might use Afghanistan as a base from which to launch a kinetic attack on Iran. The Taliban insurgency thus became viewed by Tehran as a tool with which to keep American forces preoccupied."[33]

90.     The U.S. government documented Iran's escalating support for the Taliban terrorists over the course of the United States' involvement in Afghanistan. In April 2007, General Peter Pace, Chairman of the U.S. Joint Chiefs of Staff, stated that Iranian explosives had been captured in Kandahar Province en route to the Taliban but acknowledged that it was not yet

---

[32]  DCI Testimony, *Converging Dangers in a Post 9/11 World*, Central Intelligence Agency (Feb. 6, 2002).

[33]  Farhad Rezaei, *Iran and the Taliban: A Tactical Alliance?*, The Begin-Sadat Center for Strategic Studies (Jan. 15, 2019) ("*Iran and the Taliban: A Tactical Alliance?*").

entirely clear who within Iran was responsible.[34] The next day, U.S. Assistant Secretary of State Richard Boucher described "a series of indicators that Iran is maybe getting more involved in an unhealthy way in Afghanistan."[35]

91.     Those indicators rapidly grew in intensity, and soon there was little doubt that Iran was actively sponsoring the Taliban terrorists as a core part of its foreign policy. A purported May 2007 U.S. State Department cable (as published online), for example, reported that Afghan President Hamid Karzai had expressed concerns "over Iranian agents engaging Taliban and supplying them with weapons." A purported July 2007 U.S. State Department cable (as published online) similarly reported that Taliban terrorists had received "light weapons and grenade launchers [that] bore the stamps of the Iranian factories where they were manufactured, primarily in 2006 and 2007." The same cable explained that the fighters claimed they ha received training in Iran and had been promised access to antiaircraft rockets by Iranian officials. A purported military-intelligence summary the next month (as published online), reported on an "'alarmingly rapid increase' in Iranian presence in Afghanistan."

92.     When the U.S. Treasury Department designated the Qods Force as a SDGT later in 2007, it confirmed that the "Qods Force provides weapons and financial support to the Taliban to support anti-U.S. and anti-Coalition activity in Afghanistan."[36] As the designation explained:

> The Qods Force is the Iranian regime's primary instrument for providing lethal support to the Taliban. The Qods Force provides weapons and financial support to the Taliban to support anti-U.S. and anti-Coalition activity in Afghanistan. Since at least 2006, Iran has arranged frequent shipments of small arms and associated ammunition, rocket propelled grenades, mortar rounds, 107mm rockets, plastic explosives, and probably man-portable defense systems to the Taliban. . . . Through

---

[34]  Breffni O'Rourke, *Afghanistan: U.S. Says Iranian-Made Weapons Found*, RadioFreeEurope (Apr. 18, 2007).

[35]  *Id.*

[36]  *DOT Designation of IRGC & QF.*

Qods Force material support to the Taliban, we believe Iran is seeking to inflict casualties on U.S. and NATO forces.[37]

93.    Similar observations continued in 2008. According to the U.S. State Department's 2008 Country Reports on Terrorism: "The Qods Force, an elite branch of the Islamic Revolutionary Guard Corps (IRGC), is the regime's primary mechanism for cultivating and supporting terrorists abroad. The Qods Force provided aid in the form of weapons, training, and funding to HAMAS and other Palestinian terrorist groups, Lebanese Hizballah, Iraq-based militants, and Taliban fighters in Afghanistan." [38]

94.    By April 2010, the U.S. Department of Defense reported that Iran was "covertly" supporting the Taliban. "Arms caches have been recently uncovered with large amounts of Iranian manufactured weapons, to include l07mm rockets, which we assess IRGC-QF delivered to Afghan militants."[39] It further explained that "Tehran's support to the Taliban is inconsistent with their historic enmity, but fits with Iran's strategy of backing many groups to ensure that it will have a positive relationship with the eventual leaders."[40]

95.    On August 3, 2010, the U.S. Treasury Department – pursuant to Executive Order 13224 – designated General Hossein Musavi and Colonel Hasan Mortezavi, senior officials in the Qods Force, as SDGTs for their roles in supporting the Taliban.[41] General Musavi was the leader of the Ansar Corps, also known as the Fourth Corps, the branch of the Qods Force responsible for carrying out activities within Afghanistan.[42] The U.S. Treasury Department found

---

[37]    *Id*.
[38]    U.S. State Dep't, *Country Reports on Terrorism 2008* at 182-183 (Apr. 2009).
[39]    Unclassified Report on Military Power of Iran (Apr. 2010), https://fas.org/man/eprint/dod_iran_2010.pdf.
[40]    *Id*.
[41]    *Treasury Sanctions IRGC & QF*, *supra*.
[42]    *Id*.

that both General Musavi and Colonel Mortezavi, acting in their capacity as senior Qods Force officers, had provided "financial and material support to the Taliban."[43] The U.S. Treasury Department further concluded that "the IRGC-QF provides select members of the Taliban with weapons, funding, logistics and training."[44]

96.     General David Petraeus, then the Commander of the ISAF, testified before the Senate Armed Services Committee in March 2011 that Iran "without question" supplied weapons, training, and funding to the Taliban in order to "make life difficult" for U.S. and NATO forces in Afghanistan.[45]

97.     When the U.S. Department of Defense provided Congress with its Annual Report on Military Power of Iran in April 2012, it explained that, even though Iranian "support to the Taliban is inconsistent with their historic enmity, it complements Iran's strategy of backing many groups to maximize its influence while also undermining U.S. and [NATO] objectives by fomenting violence."[46] By means of "the IRGC-QF, Iran provides material support to terrorist or militant groups such as . . . the Taliban."[47] The U.S. Department of Defense characterized the support as part of a "grand strategy" to "challeng[e] U.S. influence."[48]

98.     In its 2012 Report on Progress Toward Security and Stability in Afghanistan, the U.S. Department of Defense reported to Congress that Iran was engaging in "covert activities" in

---

[43]  *Id*.
[44]  *Id*.
[45]  *The Situation in Afghanistan: Hr'g Before the S. Comm. On Armed Services*, 112 Cong. 40 (Mar. 15, 2011) (statement of General David Petraeus), https://www.govinfo.gov/content/pkg/CHRG-112shrg72295/pdf/CHRG-112shrg72295.pdf ("*March 15, 2011 Hr'g Before the S. Comm. On Armed Services*").
[46]  Annual Report on Military Power of Iran 2 (Apr. 2012).
[47]  *Id*.
[48]  *Id*.

Afghanistan, including the provision of weapons and training to the Taliban.[49] As the report explained, "Since 2007, Coalition and Afghan forces have interdicted several shipments of Iranian weapons. Tehran's relationship with the insurgency, although not ideologically based, is consistent with Iran's short- to mid-term goal of undermining Coalition efforts and opposing the international military presence in Afghanistan."[50]

99.     Less than two years later, the U.S. Treasury Department concluded that the Qods Force "utilized now-detained Afghan associate, Sayyed Kamal Musavi, who was designated today, to plan and execute attacks in Afghanistan." It further confirmed that "[t]wo IRGC-QF officers also designated today, Alireza Hemmati and Akbar Seyed Alhosseini, provided logistical support to this associate."[51] Similarly, according to a Taliban commander in central Afghanistan in 2015: "Iran supplies us with whatever we need."[52]

100.    In 2016, Taliban leader Mullah Mansour was killed by an American drone strike while returning to Afghanistan from Tehran, where he had been meeting with Iranian security officials, and possibly directly with Ayatollah Ali Khameni, to discuss tactical coordination of Taliban terrorist activities in Afghanistan. He had made at least two visits to Iran since 2013.

101.    Iran's support for terrorist groups in Afghanistan has continued. The U.S. State Department stated in 2017 that "Iran is responsible for intensifying multiple conflicts and undermining the legitimate governments of, and U.S. interests in, Afghanistan . . . ."[53] The U.S.

---

[49]   U.S. Dep't of Def., *Report on Progress Toward Security and Stability in Afghanistan* at 148 (Dec. 2012).

[50]   *Id.*

[51]   Press Release, *U.S. Treasury Dep't, Treasury Targets Networks Linked To Iran* (Feb. 6, 2014).

[52]   Margherita Stancati, *Iran Backs Taliban With Cash And Arms*, Wall St. J. (June 11, 2015).

[53]   *Country Reports on Terrorism 2017* at Foreword.

Department of Defense similarly confirmed that Iran "provides some support to the Taliban and Haqqani Network."[54] In May 2018, U.S. Secretary of State Michael Pompeo publicly accused Iran of supporting the Taliban and other terrorist groups in Afghanistan.[55]

102.    In October 2018, the U.S. Treasury Department, pursuant to Executive Order 13224, designated additional Qods Force officials "for acting for or on behalf of IRGC-QF and for assisting in, sponsoring, or providing financial, material, or technological support for, or financial or other services to or in support of, the Taliban."[56]

103.    The Secretary of Iran's Supreme National Security Council, Ali Shamkhani, publicly acknowledged Iran's support for the Taliban in January 2019, claiming that it was designed to "curb[] the security problems in Afghanistan."[57]

104.    Consistent with Iran's opposition to American presence and influence in Afghanistan, Iran provided material support for the terrorist attacks which killed and injured Plaintiffs or their family members. This support took the form of "currency . . . lodging, training, expert advice or assistance, safehouses, false documentation or identification, communications equipment, facilities, weapons, lethal substances, explosives, personnel, . . . and transportation."[58]

### A.  Iran Supplied the Taliban with Weapons, Lethal Substances, and Explosives

105.    Iran provided material support or resources for the acts of extrajudicial killing that killed or injured Plaintiffs, or their family members, by providing (among other things) weapons,

---

[54]  U.S. Dep't of Def., *Enhancing Security and Stability in Afghanistan* at 21 (June 2017).
[55]  *Mike Pompeo speech: What are the 12 demands given to Iran?*, Al Jazeera News (May 21, 2018).
[56]  Press Release, U.S. Treasury Dep't, *Treasury and the Terrorist Financing Targeting Center Partners Sanction Taliban Facilitators and their Iranian Supporters* (Oct. 23, 2018).
[57]  *Iran and the Taliban: A Tactical Alliance?*
[58]  18 U.S.C. § 2339A(b)(1).

explosives, and lethal substances to the Taliban. Many of the weapons Iran provided were designed to be particularly effective against U.S. and allied forces operating in Afghanistan. For example, Iran provided the Taliban with anti-tank mines, long range rockets, explosively formed penetrators, suicide vehicle-borne improvised explosive devices, rocket-propelled grenades, and explosives, which were uniquely suited for terrorist attacks on U.S. and allied forces.

106.    U.S. and allied forces have seized large caches of Iran-made weapons and explosives in Afghanistan, many of which bore markings of Iranian origin. A purported April 2007 military-intelligence summary (as published online) reported that "Iranian officials" were sending "to Afghanistan explosive devices and vehicles ready to be used as SVBIEDs [suicide vehicle-borne improvised explosive devices]."[59] A purported U.S. government document from August of that year (as published online) also reported that the Afghanistan National Police had found evidence of a planning meeting for 25 suicide attacks in which it was stated that "[t]he materials for the bombs will be supplied by Iran Government . . . ."

107.    When the U.S. Treasury Department designated the Qods Force as a SDGT under Executive Order 13224 in October 2007, it specifically documented Iran's frequent shipments of weapons to the Taliban over at least the prior year. A purported December 2007 military intelligence summary (as published online) further reported that explosive samples in suicide vests seized from four suicide bombers "tasked by Taliban/Al-Qaeda leaders" with carrying out a

---

[59] *Afghanistan War Logs: Anti-aircraft Missiles Clandestinely Transported From Iran Into Afghanistan – US Report*, The Guardian (July 25, 2010) ("Anti-aircraft Missiles Clandestinely Transported"); *see also Afghanistan War Logs: Afghan Government Seeking to Maintain Friendly Relations With Iran*, The Guardian (July 25, 2010) (referencing Iranian-made weapons found in Kandahar Province)

suicide attack in Helmand Province were found to be a 92% probability of a match against a suspected sample of Iran-sourced C4.

108.    In January 2008, a raid by Afghan Police in Farah Province discovered 130 mines, of which the Afghan Police concluded 60 were Iran-made.[60] That same month the U.S. Ambassador to Afghanistan stated that "[t]here is no question that elements of insurgency have received weapons from Iran."[61]

109.    A purported June 2008 U.S. State Department cable (as published online) detailed multiple instances of Iran transferring arms to the Taliban in 2007 and 2008 and concluded that analyses of the weaponry "indicate the Taliban had access to Iranian weaponry produced as recently as 2006 and 2007." Similarly, Afghan forces discovered a large cache of Iran-made explosives hidden near the Bakhshabad Dam in Farah Province in March 2009. That same month, a purported military-intelligence summary (as published online) indicated that Taliban commanders had obtained portable surface-to-air missiles that originated in Iran.

110.    In May 2009, 44 bricks of Iran-made explosives and dozens of Iran-made mortars were discovered in a Taliban stronghold in Helmand Province. Also in May 2009, Afghanistan border police intercepted a shipment crossing the Iranian border with dozens of anti-tank mines bound for Afghan militants. And in September 2009, a purported military-intelligence summary report (as published online) claimed that the Taliban had received "six very powerful anti-tank mines from Iran" to target ISAF forces or important Afghan Police Officers. That same year, the U.S. State Department reported that, "[s]ince at least 2006, Iran has arranged arms shipments to

---

[60]    Eric Parks, *Iranian Weapons Smuggling Activities in Afghanistan* at 10, JIEDDO J2 Open Source Augmentation and Analysis Cell (Sept. 3, 2009) ("JIEDDO Report").
[61]    Brian Bennett, *Iran Raises the Heat in Afghanistan*, Time (Feb. 22, 2008).

select Taliban members, including small arms and associated ammunition, rocket-propelled grenades, mortar rounds, 107mm rockets, and plastic explosives."[62]

111.    By 2011, Taliban terrorists were using Iran-made and -sourced long-range rockets to attack Coalition targets in Afghanistan. In February 2011, British forces intercepted more than four dozen 122-milimeter rockets in Nimruz Province near the Iranian border, which gave the terrorists roughly double the range to attack Coalition targets. British Foreign Secretary William Hague stated that "detailed technical analysis, together with the circumstances of the seizure, leave us in no doubt that the weaponry recovered came from Iran."[63] The Wall Street Journal similarly reported that U.S. officials "said the rockets' markings, and the location of their discovery, give them a 'high degree' of confidence that they came from the Revolutionary Guard's overseas unit, the Qods Force."[64] General Petraeus later confirmed that the Qods Force had supplied these rockets to a "known Taliban facilitator."[65] The U.S. Department of Defense's 2011 Report on Progress Toward Security and Stability in Afghanistan similarly stated that "[f]orensics teams examined the rockets and confirmed an Iranian point of origin."[66]

112.    Iran also provided EFPs to the Taliban. EFPs are specially shaped charges, first used by Hezbollah in Lebanon, which typically employ a manufactured concave copper disk and an explosive-packed liner. Thus, when Iran "smuggled [EFPs] to Afghan insurgents for use against U.S. Forces,"[67] Iran supplied the Taliban with a particularly lethal form of support.

---

[62]    U.S. State Dep't, *Country Reports on Terrorism 2009* at 192 (Aug. 2010).
[63]    Julian Borger & Richard Norton-Taylor, *British Special Forces Seize Iranian Rockets In Afghanistan*, The Guardian (Mar. 9, 2011).
[64]    Jay Solomon, *Iran Funnels New Weapons to Iraq and Afghanistan*, Wall St. J. (July 2, 2011).
[65]    March 15, 2011 Hr'g Before the S. Comm. On Armed Services.
[66]    U.S. Dep't of Def., *Report on Progress Toward Security and Stability in Afghanistan* at 107 (Apr. 2011).
[67]    JIEDDO Report at 1.

Indeed, Iran and Hezbollah designed EFPs to defeat armored vehicles like the ones used by Coalition forces in Afghanistan. Those EFPs gave the Taliban a sophisticated anti-American weapon that it could not have obtained or deployed effectively on its own.

113.    By 2007, the JIEDDO concluded that Iran was attempting to "inflict psychological damage" on the United States by smuggling EFPs "to Afghan insurgents for use against U.S. Forces."[68]

114.    Iran also provided the Taliban with rockets and similar weapons that were particularly effective against U.S. and Coalition forces. A purported April 2007 military intelligence summary (as published online), for example, reported that Iran had purchased antiaircraft missiles from Algeria in late 2006 and then smuggled them from Mashhad, Iran – where the Fourth Corps of the Qods Force is headquartered – into Afghanistan.[69] A purported Afghanistan Police Report from the next month (as published online) claimed that Iran intelligence sources issued three anti-aircraft launchers and ammunition to a Taliban commander. A purported March 2009 military intelligence summary (as published online) included intelligence reports of portable surface-to-air missiles arriving in Afghanistan from Iran.

115.    Similarly, a purported July 2009 military-intelligence summary (as published online) included reports of two dozen "Stinger" style surface-to-air missiles smuggled from Iran into Afghanistan.

116.    According to a purported September 2009 military-intelligence summary (as published online), Taliban terrorists used an Iran-made rocket-propelled grenade launcher to shoot down Coalition helicopters. The launcher was marked "Made In Iran." The launcher was

---

[68]    *Id*. at 3.
[69]    *Anti-aircraft Missiles Clandestinely Transported*.

particularly effective because, unlike some other launchers, the Iran-made launcher had a scope that could be adjusted for targeting and was more accurate for shooting helicopters.

### B. Iran Provided The Taliban With Lodging, Training, Expert Advice or Assistance, Safehouses, Personnel, and Transportation

117.    Iran also provided members of the Taliban and affiliated terrorist groups with lodging, training, expert advice or assistance, safe harbor, and transportation. Iran taught the Taliban attack techniques that were particularly effective against U.S. and Coalition forces. Without the training from Iran and its agents, the Taliban would not have been able to launch as successful a terrorist campaign against American forces.

118.    According to a purported June 2006 military-intelligence summary (as published online), two members of the Iranian Intelligence Secret Service had arrived in Parwan Province to help Taliban members "in carrying out terrorist attacks against the [Afghanistan] governmental authorities and the [Coalition] members, especially against the Americans forces."[70] A purported military-intelligence summary later that year (as published online), reported that injured Taliban terrorists were evacuating to Tehran for shelter.[71]

119.    Iran also trained Taliban fighters at camps within Iran. For example, a purported April 2007 military intelligence summary (as published online) reported that "Iranian officials train" members of the Taliban at an Iranian base in Birjand, Iran, near the Afghanistan border.[72] A similar purported June 2007 military intelligence summary (as published online) claimed that the IRGC was training roughly 300 foreign fighters in Iran, presumably to fight in Afghanistan.

---

[70]    *Afghanistan War Logs: US Claims Iran Spies Helping Insurgents to Attack Coalition Forces*, The Guardian (July 25, 2010).

[71]    *Afghanistan War Logs: Iranians Alleged to Be Sheltering Wounded Taliban Fighters in Tehran*, The Guardian (July 25, 2010).

[72]    *Anti-aircraft Missiles Clandestinely Transported.*

120.    A purported military-intelligence summary (as published online) from May 2008 claimed that a Taliban commander had traveled to Iran for training and returned with 40 trained terrorists. Similarly, a military-intelligence summary (as published online) from July 2008 referenced "trained fighters moving in from Iran." And a purported military-intelligence summary (as published online) from October 2009 likewise reported on the return of a Taliban commander from training "in an Iran army barracks."

121.    Iran provided Taliban terrorists with specialized training on how best to deploy Iran-supplied weapons against U.S. and Coalition forces. A purported December 2008 military intelligence summary (as published online) reported on a group of 40 insurgents "who allegedly were trained in an Iranian Military base" who had plans to attack the capital of Farah Province using weapons that "Iran Intelligence could have provided." According to a purported April 2009 military-intelligence summary (as published online), Iran was recruiting Taliban terrorists for training in Iran on shooting down Coalition helicopters. And another purported April 2009 military-intelligence summary (as published online), reported on the return of a Taliban commander after receiving IED-manufacturing training in Iran.

122.    A March 21, 2010 article in London's The Sunday Times reported extensively on Iranian security officials training Taliban recruits to "ambush" Coalition forces, attack checkpoints, and use guns and IEDs. The Times interviewed two Taliban commanders – from Wardak and Ghanzi province – who had traveled to Iran with groups of Taliban terrorists for training, which improved their ability to launch lethal attacks on Coalition forces. According to the commanders, Iran paid for this travel and training. One commander who received training in

Iran observed that the Taliban's and Iran's "religions and . . . histories are different, but our target is the same — we both want to kill Americans."[73]

123.    By 2009, U.S government officials were openly accusing the IRGC of training the Taliban. In an August 2009 report, ISAF Commander General Stanley McChrystal explained that "the Iranian Qods Force is reportedly training fighters for certain Taliban groups and providing other forms of military assistance to insurgents."[74] He confirmed again in May 2010 that Iran was training Afghan fighters in Iran.[75] In its 2009 Country Reports on Terrorism, the U.S. State Department reported: "Iran's Qods Force provided training to the Taliban in Afghanistan on small unit tactics, small arms, explosives, and indirect fire weapons . . . ."[76] Similarly, in 2012 it explained: "the IRGC-QF trained Taliban elements on small unit tactics, small arms, explosives, and indirect fire weapons, such as mortars, artillery, and rockets."[77]

124.    Iran's training of Taliban terrorists has not diminished. By 2015, the IRGC was operating at least four Taliban training camps within Iran.

125.    Iran also facilitated the Taliban's attacks by allowing the Taliban to establish offices in Iran to serve as bases for planning terrorist attacks. For example, Iran permitted a senior leader of the Taliban to set up an office in Zahedan, Iran, near the borders with Afghanistan and Pakistan. In or about 2014, the Taliban also opened an office in Mashhad, Iran,

---

[73]    Miles Amoore, *Iranian military teaches Taliban fighters the art of ambush*, The Times (Mar. 21, 2010).
[74]    Quoted by Sajjan M. Gohel, in *Iran's Ambiguous Role in Afghanistan* at 13, CTC Sentinel (March 2010).
[75]    *Killing Americans and Their Allies*.
[76]    U.S. State Dep't, *Country Reports on Terrorism 2009* at 192 (Aug. 2010).
[77]    U.S. State Dep't, *Country Reports on Terrorism 2012* at 196 (May 2013).

where the Fourth Corps of the Qods Force is headquartered.[78] As of January 2019, the Taliban maintained an office in Tehran, Iran.[79]

126.    Iranian fighters also conducted attacks alongside Taliban terrorists. In an October 2016 Taliban attack in Farah Province, four senior Iranian commandos were killed, and many of the other Taliban dead were taken across the border to Iran for burial.

127.    Mohammad Arif Shahjahan, the governor of Farah Province in western Afghanistan, told Radio Free Afghanistan in 2017 that Taliban leaders had been traveling frequently to Iran, where they received protection and support.[80] He reported that Qods Force operatives had recently met with and advised the Taliban in Farah Province.[81]

128.    Iran's training of Taliban terrorists in small unit tactics, small arms, explosives, indirect fire, and other techniques enabled the Taliban to more effectively attack U.S. forces and Coalition forces. The Taliban and affiliated terrorist groups in Afghanistan used Iran's training to kill or injure Plaintiffs or their family members.

### C. Iran Provided Financial Support to the Taliban

129.    Iran has also supported the Taliban financially. On an annual basis, Iran provided large cash payments to the Taliban. For example, a purported February 2005 military intelligence summary (as published online) reported that the IRGC delivered 10 million Afghanis (worth

---

[78]    Oved Lobel, *Afghanistan: The Forgotten Front Against Iran*, Australia/Israel & Jewish Affairs Council (Nov. 16, 2018).

[79]    *Iran and the Taliban: A Tactical Alliance?*

[80]    Abubakar Siddique & Noorullah Shayan, *Mounting Afghan Ire Over Iran's Support For Taliban*, Gandhara (July 31, 2017) ("*Mounting Afghan Ire Over Iran's Support For Taliban*").

[81]    *Id.*

roughly $212,000) to a location on Iran's border where the money was transferred to four members of a Taliban-associated terrorist group.[82]

130.    Iran also directly paid Taliban insurgents to kill U.S. forces. Another purported February 2005 military-intelligence summary (as published online) reported on a Taliban group that was being paid by the Iranian government $1,740 for each Afghanistan soldier killed and $3,481 for each Government of Afghanistan official killed. The report further explained that the group would begin attacking U.S. forces if the attacks on Afghans were successful.[83] Iran paid Taliban terrorists an estimated $1,000 for each U.S. soldier murdered in Afghanistan and $6,000 for each destroyed American military vehicle. In one specific example, Taliban fighters received $18,000 from Iran as a reward for an attack in 2010 than killed several Afghan forces and destroyed an American armored vehicle.[84]

131.    Iran also provided funding to individual Taliban commanders, often as they were returning to Afghanistan from training in Iran. A purported May 2008 military-intelligence summary (as published online) reported on a Taliban leader returning from training in Iran "along with a considerable amount of money." A purported May 2009 U.S. State Department cable (as published online) stated that the IRGC may provide Taliban Commander Mullah Sangin with financial support to engage Coalition forces, including U.S. contractors.

---

[82]   *Afghanistan War Logs: Iran Smuggles Money into Afghanistan to Fund Insurgents, says US Report*, The Guardian (July 25, 2010).

[83]   *Afghanistan War Logs: Iran Offers Reward for Each Afghan Official and Solider Killed, According to Coalition Report*, The Guardian (July 25, 2010).

[84]   Miles Amoore, *Iran pays the Taliban to Kill US Soldiers*, The Times (Sept. 5, 2010).

132.    Iran has also supported the Taliban's finances by supporting its ability to traffic narcotics, which Taliban terrorists use "to finance their acts of terror and violence."[85] As the U.S. Treasury Department explained when it designated Iranian Qods Force General Gholamreza Baghbani as a Specially Designated Narcotics Trafficker in March 2012, General Baghbani allowed Afghan narcotics traffickers to smuggle opiates through Iran, facilitated the smuggling of chemicals necessary to produce heroin from Iran into Afghanistan, and helped "facilitate shipments of opium into Iran."[86] General Baghbani also had narcotics traffickers deliver weapons on his behalf to the Taliban.[87]

133.    As reported in a 2015 *Wall Street Journal* article, a Taliban commander described Iran's financial support of the Taliban in the form of recruiting and paying individual terrorists. The commander explained that he had been detained for working illegally in Iran when he was approached by the IRGC and offered double his previous salary – to be paid by Iran – if he fought with the Taliban in Afghanistan.[88] And in 2017, officials in Ghor Province accused Iran of financing a Taliban offensive that briefly enabled the Taliban to overtake a key district.[89]

**D.  Iran Provided Material Support to al-Qaeda.**

134.    Iran has also long provided material support to al-Qaeda. As with the Taliban, the sectarian differences between the Shiite regime in Tehran and the Sunni al-Qaeda leadership have not hindered cooperation between the groups. Whatever their religious differences, both groups share a hatred of America and support anti-American violence.

---

[85]    Press Release, U.S. Treasury Dep't, *Treasury Targets Taliban Shadow Governor of Helmand Afghanistan as Narcotics Trafficker* (Nov. 15, 2012).
[86]    Press Release, U.S. Treasury Dep't, *Treasury Designates Iranian Qods Force General Overseeing Afghan Heroin Trafficking Through Iran* (Mar. 7, 2012).
[87]    *Id.*
[88]    Margherita Stancati, *Iran Backs Taliban With Cash And Arms*, Wall St. J. (June 11, 2015).
[89]    *Mounting Afghan Ire Over Iran's Support For Taliban*.

135.    Iran has supported al-Qaeda's terrorist activities since the early 1990s, when Osama bin Laden lived in Sudan. Iran, through the IRGC and Hezbollah, served as the original trainer for al-Qaeda with respect to suicide bombings, attacks against large buildings, IEDs, explosives, intelligence, and general attack tactics directed at American interests. For example, senior al-Qaeda operatives traveled to Iran and Lebanon during this period to camps run by Hezbollah and sponsored by the Qods Force.[90] The operatives received advanced explosives training that enabled al-Qaeda to launch large-scale terrorist attacks on American embassies in Africa.[91] According to one senior al-Qaeda official, trainers at this time were already researching how to develop shaped charges to pierce armor plating – the technology later perfected in EFPs.

136.    When the U.S. Department of Justice indicted Osama bin Laden for the 1998 bombings of the U.S. embassies in Kenya and Tanzania, the indictment alleged that al-Qaeda had "forged alliances" with "the government of Iran and its associated terrorist group Hezballah [sic] for the purpose of working together against their perceived common enemies in the West, particularly the United States."[92] This Court subsequently found that Iran had caused the East Africa Embassy bombings by materially supporting al-Qaeda's operations.[93]

137.    Following the September 11, 2001 attacks on the United States, Iran provided safe harbor to many senior leaders of al-Qaeda and their families, including bin Laden's sons. Iran permitted these senior leaders to move freely within Iran in the early 2000s, while they continued

---

[90]    *Owens v. Republic of Sudan*, 826 F. Supp. 2d 128, 151 (D.D.C. 2011) ("Prior to al Qaeda members' training in Iran and Lebanon, al Qaeda had not carried out any successful large scale bombings.") ("*Owens* Opinion").

[91]    *Id.*

[92]    Indictment at 3, *United States v. Bin Laden*, No. 1:98-cr-00539-LAK (S.D.N.Y. filed Nov. 5, 1998), Dkt. 1, available at https://fas.org/irp/news/1998/11/indict1.pdf.

[93]    *Owens* Opinion.

to direct, organize, and support al-Qaeda's terrorist operations throughout the world.[94] In

essence, Iran provided al-Qaeda with a safe location to orchestrate its terrorist activities.[95]

138.    In 2007, Osama bin Laden discouraged terrorist attacks against Iran because of its

historical support for al-Qaeda's terrorist operations, and he referred to Iran as al-Qaeda's "main

artery for funds, personnel, and communication."[96] Similarly, a letter reportedly written by al-

Qaeda's second-in-command, Ayman al-Zawahiri, thanked the IRGC for its support in setting up

al-Qaeda's terrorist network in Yemen in 2008.

139.    In 2012, the Council on Foreign Relations reported that "al-Qaeda has stepped up

its cooperation on logistics and training with Hezbollah, a radical, Iran-backed Lebanese militia

drawn from the minority Shiite strain of Islam."[97]

140.    The U.S. government has also recognized these connections. In July 2011, the

U.S. Treasury Department designated as SDGTs six members of al-Qaeda operating in Iran under

a secret agreement between Iran and al-Qaeda.[98] The agreement provided that al-Qaeda terrorists

"must refrain from conducting any operations within Iranian territory and recruiting operatives

inside Iran while keeping Iranian authorities informed of their activities. In return, the

---

[94]  *Id*.

[95]  *Id*. at 150-51 ("When a foreign sovereign allows a terrorist organization to operate from its territory, this meets the statutory definition of 'safehouse.'").

[96]  October 18, 2007 translated letter from Osama bin Laden to Karim at 1, *Bin Laden's Bookshelf*, Office of the Director of National Intelligence, https://www.dni.gov/files/documents/ubl2016/english/Letter%20to%20Karim.pdf. In March 2016, the Office of the Director of National Intelligence declassified items that had been obtained by U.S. special operators in the May 2011 raid on bin Laden's compound, including this letter. *See* Bin Laden's Bookshelf, Office of the Director of National Intelligence, https://www.dni.gov/index.php/features/bin-laden-s-bookshelf?start=2

[97]  *al-Qaeda (a.k.a. al-Qaida, al-Qa`ida)*, Council on Foreign Relations (June 6, 2012), https://www.cfr.org/backgrounder/al-qaeda-aka-al-qaida-al-qaida.

[98]  Press Release, U.S. Treasury Dep't, *Treasury Targets Al-Qa`ida Funding and Support Network Using Iran as a Critical Transit Point* (July 28, 2011).

Government of Iran gave the Iran-based al-Qa'ida network freedom of operation and uninhibited ability to travel for extremists and their families" and permitted al-Qaeda to use Iran as a "critical transit point for funding to support [al-Qaeda's] activities in Afghanistan and Pakistan." The Treasury Department found that "Iran's secret deal with al-Qa'ida" facilitated a terrorist network that "serves as the core pipeline through which al-Qa'ida moves money, facilitators and operatives from across the Middle East to South Asia."[99] Indeed, al-Qaeda has honored its commitment to Iran despite its attacks on Shi'a Muslims elsewhere in the Middle East.

141.    The U.S. Treasury Department has repeatedly recognized the link between al-Qaeda and Iran in making SDGT designations under Executive Order 13224. In February 2012, the agency designated the Iranian Ministry of Intelligence and Security as a terrorist-sponsoring entity for, among other things, supporting al-Qaeda.[100] In 2014, the agency likewise designated a "key Iran-based" al-Qaeda facilitator who has "assisted extremists and operatives transiting Iran on their way into and out of Pakistan and Afghanistan."[101]

142.    The close relationship between al-Qaeda and Iran has continued in recent years. In 2017, the U.S. State Department explained, "Since at least 2009, Iran has allowed AQ facilitators to operate a core facilitation pipeline through the country, enabling AQ to move funds and fighters to South Asia and Syria."[102] It further accused Iran of remaining unwilling to bring

---

[99]  *Id.*
[100] Press Release, U.S. Treasury Dep't, *Treasury Designates Iranian Ministry of Intelligence and Security for Human Rights Abuses and Support for Terrorism* (Feb. 16, 2012).
[101] Press Release, U.S. Treasury Dep't, *Treasury Targets Networks Linked To Iran* (Feb. 6, 2014).
[102] U.S. State Dep't, *Country Reports on Terrorism 2016* at Iran Section (July 2017).

to justice or identify al-Qaeda members in its custody.[103] The next year, the agency reaffirmed

those conclusions and reiterated Iran's close relationship with al-Qaeda

143.    As alleged above, the mafia-style "syndicate" of which both the Taliban and al-

Qaeda formed a part made attacks by each group more lethal. Iran's mutually reinforcing support

for both the Taliban and al-Qaeda made both organizations more effective.

144.    By supporting al-Qaeda, Iran provided material support and resources for the

extrajudicial killings that killed or injured Plaintiffs or members of their families. Al-Qaeda

directly participated in many of the attacks that killed or injured Plaintiffs or their family

members. Moreover, al-Qaeda was closely intertwined with the Taliban and associated terrorist

groups acting in Afghanistan, and al-Qaeda planned and authorized the Taliban attacks in which

it did not directly participate. Material support and resources provided to al-Qaeda thus flowed to

the Taliban, killing and causing injury to Plaintiffs or their family members.

## III.    THE TALIBAN, HQN, AND KABUL ATTACK NETWORK KILLED PLAINTIFFS IN AN SVBIED ATTACK ON OCTOBER 29, 2011 IN KABUL CITY

145.    Fluor Intercontinental, Inc. ("Fluor") is a corporation organized within the United

States of America and contracted by the United States Department of Defense to provide

logistics support to the United States Military. These services include construction, housing, fuel,

laundry, vehicle maintenance, among others.

146.    The United States Military and NATO provide security to Fluor employees and

contractors while on base and when traveling between facilities. Movement by road is performed

under the protection and direction of military convoys.

---

[103] *Id.*

147.    On October 29, 2011, one such convoy was traveling between bases in Kabul, Afghanistan. This convey consisted of five vehicles, including a RhinoRUNNER ("Rhino"), a type of armored personnel carrier. The Rhino was transporting contractors, including those employed by Fluor.

148.    While the convoy was en route, at approximately 11:25 am local time, an assailant drove a car containing 1,500 pounds of explosives into the side of the Rhino and exploded, killing 17 people: five soldiers, eight civilian contractors, and four bystanders.  The Taliban took credit for this attack.

149.    This Court has previously found that the Kabul Attack Network and the Taliban committed this attack.[104]

150.    This Court has previously found that Iran's material support for the Taliban-led terror syndicate, including the provision of finances, training, weapons material, and intelligence support, substantially contributed to the Taliban's ability to conduct this attack.[105]

151.    This attack constituted an extrajudicial killing.

## PLAINTIFFS

### The David Quinn Family

152.    David Quinn served in Afghanistan as a civilian contractor working for the Fluor Corporation, a contractor for the U.S government in Afghanistan. Mr. Quinn was killed in the October 29, 2011, vehicle-borne IED attack committed by the Taliban and Kabul Attack Network in Kabul, Afghanistan.

153.    David Quinn was a citizen of the United Kingdom.

---

[104] *Cabrera v. Iran*, 1:19-cv-3835, July 19, 2022 Memorandum Opinion, ECF Dkt. No. 78 at 45-47.
[105] *Id*. at 47.

154.    Plaintiff Thomas Muirhead is the foster father of David Quinn. He is a citizen of the United Kingdom. Thomas Muirhead lived in the same household as David Quinn for a substantial period and considered David Quinn the functional equivalent of a biological son.

155.    Plaintiff Sandra Quinn is the mother of David Quinn. She is a citizen of the United Kingdom.

156.    Plaintiff Jane Quinn brings an action individually, and on behalf of the Estate of David Quinn, and all heirs thereof, as its legal representative.

157.    Plaintiff Jane Quinn is the widow of David Quinn. She is a citizen of the United Kingdom.

158.    Plaintiff Cameron Quinn is the child of David Quinn. He is a citizen of the United Kingdom.

159.    Plaintiff Sophia Quinn is the child of David Quinn. She is a citizen of the United Kingdom.

160.    Plaintiff D.P.Q., by and through his next friend Jane Quinn, is the child of David Quinn. He is a citizen of the United Kingdom.

161.    As a result of the October 29, 2011, attack and David Quinn's death, each member of the Quinn Family has experienced severe mental anguish, emotional pain and suffering, and the loss of David Quinn's society, companionship, and counsel.

162.    David Quinn's estate is entitled to recover economic and non-economic damages.

**The Stephen Brown Family**

163.    Stephen Brown served in Afghanistan as a civilian contractor working for the Fluor Corporation, a contractor for the U.S government in Afghanistan. Mr. Brown was killed in the October 29, 2011, vehicle-borne IED attack committed by the Taliban and Kabul Attack Network in Kabul, Afghanistan.

43

164.    Stephen Brown was a citizen of the United Kingdom.

165.    Plaintiff Mary Brown is the widow of Stephen Brown. She is a citizen of the United Kingdom.

166.    Plaintiff Mary Brown brings an action individually, and on behalf of the Estate of Stephen Brown, and all heirs thereof, as its legal representative.

167.    Plaintiff Stephen W. Brown is the child of Stephen Brown. He is a citizen of the United Kingdom.

168.    Plaintiff Nicholas Brown is the child of Stephen Brown. He is a citizen of the United Kingdom.

169.    Plaintiff Haley Brown is the child of Stephen Brown. She is a citizen of the United Kingdom.

170.    Plaintiff Graham Brown is the brother of Stephen Brown. He is a citizen of the United Kingdom.

171.    Plaintiff William Brown was the brother of Stephen Brown. He was a citizen of the United Kingdom. His estate, represented by Plaintiff Graham Brown, continues his claims.

172.    As a result of the October 29, 2011, attack and Stephen Brown's death, each member of the Brown Family has experienced severe mental anguish, emotional pain and suffering, and the loss of Stephen Brown's society, companionship, and counsel.

173.    Stephen Brown's estate is entitled to recover economic and non-economic damages.

**CLAIMS FOR RELIEF**

**COUNT ONE: DAMAGES UNDER 28 U.S.C. § 1605A**

**ON BEHALF OF EACH PLAINTIFF IDENTIFIED HEREIN WHO WAS KILLED OR INJURED IN AN ACT OF INTERNATIONAL TERRORISM FOR DEFENDANT'S MATERIAL SUPPORT TO ACTS OF EXTRAJUDICIAL KILLING, TORTURE AND HOSTAGE TAKING THAT RESULTED IN PAIN AND SUFFERING UNDER 28 U.S.C. § 1605A(c)**

174. The allegations set forth in the preceding paragraphs are incorporated by reference as though fully set forth herein.

175. Defendant Iran is a foreign state that since 1984 has continuously been designated as a State Sponsor of Terrorism within the meaning of 28 U.S.C. § 1605A. Iran was so designated at the time of the Terrorist Attacks which injured Plaintiffs or their family members and remains so today.

176. Plaintiffs or their family members were injured by acts of torture, extrajudicial killing, aircraft sabotage, hostage taking, or the provision of material support or resources for such acts, and such acts or provision of material support or resources were committed by officials, employees, or agents of Iran while acting within the scope of their office, employment, or agency.

177. The terrorist attacks that injured or killed Plaintiffs or their family members occurred in Afghanistan.

178. At the time of the attacks in which they or their family members were injured, Plaintiffs or their attacked family members were U.S. nationals, members of the U.S. armed forces, and/or employees or contractors of the U.S. government acting within the scope of their employment.

179. As a direct and proximate result of the willful, wrongful, and intentional acts of the Defendant and their agents, Plaintiffs identified in the foregoing paragraphs were injured and

endured severe physical injuries, extreme mental anguish and emotional distress, pain and suffering, loss of solatium, and economic losses including medical expenses and lost income.

180.    The Defendant's provision of material support for acts of extrajudicial killing, torture, and hostage-taking were intended to inflict, and would reasonably result in, severe emotional distress on the Plaintiffs.

181.    Plaintiffs are currently nationals of the United States, members of the U.S. armed forces, employees or contractors of the United States government acting within the scope of their employment, or the legal representatives of one of the foregoing.

182.    Plaintiffs' compensatory damages include, but are not limited to, their severe physical injuries, extreme mental anguish and emotional distress, pain and suffering, and any economic losses determined by the trier of fact.

183.    The Defendant is liable for the full amount of Plaintiffs' compensatory damages, including physical injuries, extreme mental anguish and emotional distress, pain and suffering and any pecuniary loss.

184.    The conduct of the Defendant and their agents was criminal, outrageous, extreme, wanton, willful, malicious, a threat to international peace and security, and a threat to the public warranting an award of punitive damages against Defendant pursuant to 28 U.S.C. § 1605A(c).

## COUNT TWO: WRONGFUL DEATH

**ON BEHALF OF THE FAMILIES AND ESTATES OF PLAINTIFFS IDENTIFIED HEREIN FOR DEFENDANT'S MATERIAL SUPPORT TO ACTS OF EXTRAJUDICIAL KILLING, TORTURE AND HOSTAGE TAKING THAT RESULTED IN WRONGFUL DEATH UNDER 28 U.S.C. § 1605A(c)**

185.    The allegations set forth in the preceding paragraphs are incorporated by reference as though fully set forth herein.

186.    Defendant Iran is a foreign state that since 1984 has continuously been designated as a State Sponsor of Terrorism within the meaning of 28 U.S.C. § 1605A. Iran was so designated at the time of the Terrorist Attacks which killed Plaintiffs or their family members and remains so today.

187.    Plaintiffs or their family members were killed by acts of torture, extrajudicial killing, aircraft sabotage, hostage taking, or the provision of material support or resources for such acts, and such acts or provision of material support or resources were committed by officials, employees, or agents of Iran while acting within the scope of their office, employment, or agency.

188.    The terrorist attacks that killed Plaintiffs or their family members occurred in Afghanistan.

189.    At the time of the attacks in which they or their family members were killed, Plaintiffs or their attacked family members were U.S. nationals, members of the U.S. armed forces, and/or employees or contractors of the U.S. government acting within the scope of their employment.

190.    As a direct and proximate result of the willful, wrongful, and intentional acts of the Defendant and their agents, the Decedents listed in the foregoing paragraphs endured

physical injury, extreme mental anguish and emotional distress, and pain and suffering that ultimately lead to their deaths.

191.    The Defendant is liable for the full amount of Plaintiffs' compensatory damages, including physical injuries, extreme mental anguish and emotional distress, pain and suffering and any pecuniary loss (or loss of income to the estates).

192.    At the time of their death, Plaintiffs were nationals of the United States, members of the U.S. armed forces, or employees or contractors of the United States government acting within the scope of their employment.

193.    Plaintiffs' compensatory damages include, but are not limited to, their severe physical injuries, extreme mental anguish and emotional distress, pain and suffering, and any economic losses determined by the trier of fact.

194.    The Defendant is liable for the full amount of Plaintiffs' compensatory damages, including physical injuries, extreme mental anguish, pain and suffering and any pecuniary loss.

195.    The conduct of the Defendant was criminal, outrageous, extreme, wanton, willful, malicious, a threat to international peace and security, and a threat to the public warranting an award of punitive damages against each Defendant pursuant to 28 U.S.C. § 1605A(c).

### <u>COUNT THREE</u>: LOSS OF SOLATIUM AND INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

**ON BEHALF OF THE PLAINTIFFS AND FAMILIES OF PLAINTIFFS IDENTIFIED HEREIN AS INJURED OR KILLED AS A RESULT OF DEFENDANT'S MATERIAL SUPPORT TO ACTS OF EXTRAJUDICIAL KILLING, TORTURE AND HOSTAGE TAKING FOR LOSS OF SOLATIUM AND INTENTIONAL INFLICTION OF SEVERE EMOTIONAL DISTRESS UNDER 28 U.S.C. § 1605A(c) AND RELEVANT LAW**

196.    The allegations set forth in the preceding paragraphs are incorporated by reference as though fully set forth herein.

197.    Defendant Iran is a foreign state that since 1984 has continuously been designated as a State Sponsor of Terrorism within the meaning of 28 U.S.C. § 1605A. Iran was so designated at the time of the Terrorist Attacks which injured Plaintiffs or their family members and remains so today.

198.    Defendant's acts in providing material support for acts of extrajudicial killing, torture, and hostage-taking were intended to inflict severe emotional distress on the Plaintiffs.

199.    As a direct and proximate result of Defendant's acts, the families of individuals, identified in the foregoing paragraphs as injured or killed as a result of Defendant's acts in providing material support for acts of extrajudicial killing, torture, and hostage-taking, have suffered loss of solatium, severe emotional distress, extreme mental anguish, loss of sleep, loss of appetite, and other severe mental and physical manifestations, as well as other harms to be set forth to the trier of fact.

200.    The terrorist attacks that injured Plaintiffs or their family members occurred in Afghanistan.

201.    At the time of the attacks in which they or their family members were injured, Plaintiffs or their attacked family members were U.S. nationals, members of the U.S. armed forces, and/or employees or contractors of the U.S. government acting within the scope of their employment.

202.    The conduct of the Defendant was criminal, outrageous, extreme, wanton, willful, malicious, a threat to international peace and security, and a threat to the public warranting an award of punitive damages against each Defendant pursuant to 28 U.S.C. § 1605A(c).

**COUNT FOUR**: SURVIVAL

**ON BEHALF THE ESTATES OF PLAINTIFFS IDENTIFIED HEREIN
UNDER 28 U.S.C. § 1605A(c) AND RELEVANT LAW**

203.    The allegations set forth in the preceding paragraphs are incorporated by

reference as though fully set forth herein.

204.    Plaintiffs bring this action for damages suffered by the deceased Plaintiffs named

in this complaint as a result of Defendants actions including Plaintiffs' pain and suffering,

inconvenience, loss of life and life's pleasures, loss of earnings, and earning capacity, and other

items of damages.

205.    Defendant Iran is a foreign state that since 1984 has continuously been designated

as a State Sponsor of Terrorism within the meaning of 28 U.S.C. § 1605A. Iran was so

designated at the time of the Terrorist Attacks which injured Plaintiffs or their family members

and remains so today.

206.    Decedent Plaintiffs or their family members were injured by acts of torture,

extrajudicial killing, aircraft sabotage, hostage taking, or the provision of material support or

resources for such acts, and such acts or provision of material support or resources were

committed by officials, employees, or agents of Iran while acting within the scope of their office,

employment, or agency.

207.    The terrorist attacks that killed or injured Plaintiffs or their family members

occurred in Afghanistan.

208.    At the time of the attacks in which they or their family members were killed

injured, decedent Plaintiffs or their attacked family members were U.S. nationals, members of

the U.S. armed forces, and/or employees or contractors of the U.S. government acting within the

scope of their employment.

209.    As a direct and proximate result of the willful, wrongful, and intentional acts of the Defendant and their agents, Plaintiffs identified in the foregoing paragraphs were injured and endured severe physical injuries, death, extreme mental anguish and emotional distress, pain and suffering, loss of solatium, or economic losses including medical expenses and lost income.

210.    The Defendant's provision of material support for acts of extrajudicial killing, torture, and hostage-taking were intended to inflict, and would reasonably result in, severe emotional distress on the Plaintiffs.

211.    Plaintiffs' compensatory damages include, but are not limited to, their severe physical injuries, extreme mental anguish and emotional distress, pain and suffering, and any economic losses determined by the trier of fact.

212.    The Defendant is liable for the full amount of Plaintiffs' compensatory damages, including physical injuries, extreme mental anguish and emotional distress, pain and suffering and any pecuniary loss.

213.    The conduct of the Defendant and their agents was criminal, outrageous, extreme, wanton, willful, malicious, a threat to international peace and security, and a threat to the public warranting an award of punitive damages against Defendant pursuant to 28 U.S.C. § 1605A(c).

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiffs pray that the Court:

a. Enter judgment for all Plaintiffs and Plaintiff Estates against Iran finding it liable under 28 U.S.C. § 1605A;

b. Award Plaintiffs compensatory and punitive damages in to the maximum extent permitted by law, 28 U.S.C. § 1605A, including but not limited to physical injury, extreme mental anguish and emotional distress, pain and suffering, economic damages, solatium damages, and punitive damages;

c. Award Plaintiffs prejudgment interest;

d. Award Plaintiffs costs, expenses, and attorneys' fees; and

e. Award Plaintiffs any such further relief as this Honorable Court may determine to be just and appropriate under the circumstances.

Respectfully submitted this 8th day of September 2025.

/s/ Thomas F. DellaFera, Jr.
Thomas F. DellaFera, Jr. USDC No. 1032671
Peter A. Miller (*pro hac vice* to be filed)
**Miller DellaFera PLC**
3420 Pump Road | PMB 404
Henrico, VA 23233
Telephone: 800-401-6670
Facsimile: 804-773-3460

**ATTORNEYS FOR THE PLAINTIFFS**